[No. 52907-2-I.   Division One.   May 10, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-8-01017-2, LeRoy McCullough, J., entered August 12, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53265-1-I.   Division One.   May 10, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL BAZZI KAVEH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-8-03078-5, Julia Garratt, J. Pro Tem., entered October 16, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53403-3-I.   Division One.   May 10, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL M., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-8-02961-2, LeRoy McCullough, J., entered November 10, 2003. *Reversed* by unpublished per curiam opinion.

[No. 28221-6-II.   Division Two.   May 11, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE EDWIN GOETZ, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 01-1-00462-7, Don L. McCulloch, J., entered January 2, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Seinfeld, J. Pro Tem.